Exhibit G (revised 5/11/09)
RD KY AN No. 001 (1955-A & 3550)

MAY 30 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

CIVIL ACTION NO. 0:16-CV-00024-HRW

UNITED STATES OF AMERICA,      PLAINTIFF

VS.

SHIRLEY LUCAS (a/k/a Shirley L. Lucas), and
UNKNOWN SPOUSE OF SHIRLEY LUCAS
(a/k/a Shirley L. Lucas)      DEFENDANT(S)

## OATH OF APPRAISER

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I, the undersigned, a Kentucky Certified/Licensed Appraiser holding Registration Number 3495, having been duly sworn, state:

1. That I have no interest in the property being appraised and am not related by blood, marriage or otherwise to any of the parties to the foreclosure action;

2. That I am aware of the provisions under 38 U.S.C. Subsection 208 and I disqualify myself or anyone else acting on my behalf from bidding on the property which I have appraised;

and

3. That I have appraised the fair market value of the property which is the subject of the above-captioned action to be $ 28,000.00.

_____
APPRAISER
Patty S Robinson

Subscribed and sworn to before me by Certified Appraiser Number 3495, this 25 day of May, 2017.

_____
Pearl E Crum
NOTARY PUBLIC, KY STATE AT LARGE
My Commission Expires: May 18, 2019